**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE LOVE,<br><br>             Plaintiff,<br><br>     v.<br><br>PASADENA POLICE OFFICERS:<br>AARON VILLICANA, et al.,<br><br>             Defendants. | No.  CV 20-06557 PA (SPx)<br><br>JUDGMENT |

In accordance with the Court's August 27, 2020 Order granting the Motion to Dismiss filed by defendants the City of Pasadena, Chief John Perez, former Chief Phillip Sanchez, and Officers Aaron Villicana, Robert Griffith, Michael Orosco, Thomas Butler, Phillip Poirier, and Raphael Santiago ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Plaintiff Shane Love shall take nothing and the action is dismissed with prejudice; and

2.     Defendants shall have their costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: August 27, 2020

_____
Percy Anderson
United States District Judge