JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE LOVE, | CV 20-6557 PA (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF PASADENA, et al., | |
| Defendants. | |

Pursuant to this Court's November 27, 2023, Minute Order granting the Motion to Dismiss First Amended Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed with prejudice; and

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Shane Love take nothing and that Defendants City of Pasadena, Phillip Sanchez, Aaron Villicana, Robert Griffith, Michael Orosco, Thomas Butler, Phillip Poirier, and Raphael Santiago shall have their costs of suit.

DATED: November 27, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE